# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 135 EM 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Subpoena for |
| | : | Judge/MDJ to Appear as Character |
| | : | Witness |
| v. | : | |
| | : | |
| | : | |
| CHARLES MCCULLOUGH, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2015, the Petition Pursuant to Pa.R.J.A. 1701 for the Expedited Allowance of a Subpoena Directed to a Sitting Commonwealth Court Judge is **GRANTED**.